*E-Filed 11/30/11*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNECT TV PTY LTD, an Australian Company<br><br>Applicant,<br><br>vs.<br><br>GOOGLE, INC., a Delaware Corporation<br><br>Respondent. | C 11-80292 MISC RS<br><br>No. ~~MC-11-55-PHX-JA~~T<br><br>[~~PROPOSED~~] ORDER GRANTING CONNECT TV PTY LTD'S *EX PARTE* SECOND APPLICATION FOR DISCOVERY FOR USE IN A FOREIGN LEGAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782 |

The Court, having considered Applicant Connect TV Pty Ltd.'s Second *Ex Parte* Application for Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "Application"), hereby GRANTS the Application.

IT IS HEREBY ORDERED that Connect TV Pty Ltd. may immediately serve upon Google, Inc. the subpoena in the form attached to the Application as Exhibit B.

IT IS SO ORDERED.

DATED this __30th__ day of __November__, 2011.

_____
United States District Judge

60044 00001 ak30ev04c4